

**ORDERED in the Southern District of Florida on March 12, 2018.**

*[signature]*

**Erik P. Kimball, Judge
United States Bankruptcy Court**

___

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

| | |
|---|---|
| **In re:** | **Case No. 18-10019-EPK** |
| **LOUIS F. MISCIONE,** | **Chapter 13** |
| Debtor. | |
| _____/ | |

**ORDER DENYING MOTION FOR RELIEF FROM THE
AUTOMATIC STAY AND REQUEST FOR TWO-YEAR PROSPECTIVE RELIEF**

This matter came before the Court for hearing on March 12, 2018 upon the *Motion for Relief from Automatic Stay and Request for an Order Granting Two Years Prospective Relief Under §362(d)(4)(B)* [ECF No. 32] (the "Motion") filed by Wells Fargo Bank, N.A. For the reasons stated on the record at the hearing, the Court ORDERS and ADJUDGES that the Motion [ECF No. 32] is DENIED.

###

Copies furnished to:

Scott Lewis, Esq.

*Scott Lewis, Esq. is directed to serve a conformed copy of this Order on all parties in interest and file a certificate of service with the Court.*